DocuSign Envelope ID: C3D35AE-D12-2517-A16A-938D9F3EA620
Case 3:23-cv-02257-MAS-TJB Document 6 Filed 04/28/23 Page 1 of 1 PageID: 13

20230424155814

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATION,**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER**   DATE: 4/25/2023 12:34:23 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

VISCOFAN COLLAGEN USA, INC., F/K/A NITTA CASTINGS, INC.,

Place where served:

141 SOUTHSIDE AVENUE   BRIDGEWATER   NJ   08807

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LISA LAZAR

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____   SERVICES $ _____.____   TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*NUNO VEIGA*
E2D31367407D456 _____ L.S.

DATE: 04/25/2023

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: BONNIE M. WEIR, ESQ.
PLAINTIFF: SAYER TECHNOLOGIES, S.L.,
DEFENDANT: VISCOFAN COLLAGEN USA, INC., F/K/A NITTA CASTINGS, INC.,
VENUE: DISTRICT
DOCKET: 3 23 CV 02257 MAS TJB
COMMENT: