Lisa Bonsall, Esq.
LBonsall@McCarter.com
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
Tel: (973) 639-2066
Fax: (973) 297-3849

*Attorneys for Defendant*
*Viscofan Collagen USA Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAYER TECHNOLOGIES, S.L.,<br><br>      Plaintiff,<br><br>  v.<br><br>VISCOFAN COLLAGEN USA INC.,<br><br>      Defendant. | CA No. 3:23-cv-02257-MAS-TJB<br><br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which Defendant Viscofan Collagen USA Inc. ("Defendant") may answer, move, or otherwise reply to the Summons and Complaint (collectively, the "Complaint") filed by Plaintiff Sayer Technologies, S.L. ("Plaintiff") on April 24, 2023, for a period of fourteen (14) days, to and including May 30, 2023, and it is represented that:

ME1 44877421v.2

1. The Complaint was filed via ECF on April 24, 2023 (*see* Dkt. Nos. 1-5), which was served on April 25, 2023 (*see* Dkt. No. 6).

2. Defendant's time to answer, move, or otherwise reply to the Complaint would expire, at the earliest, on May 16, 2023.

3. There have been no prior extensions of time for Defendant to answer, move or otherwise reply to the Complaint.

Defendant respectfully requests a Clerk's Order that extends the deadline for Plaintiffs to answer, move, or otherwise reply to the Complaint by fourteen (14) days to May 30, 2023.

Dated: May 8, 2023

Respectfully submitted,

*/s/ Lisa Bonsall*
Lisa Bonsall, Esq.
LBonsall@McCarter.com
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-2066
Fax: (973) 297-3849

*Attorneys for Defendant Viscofan Collagen USA Inc.*

SO ORDERED this _____ day of May, 2023.

_____
Deputy Clerk

ME1 44877421v.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused to be served a true and correct copy of the foregoing document by ECF upon counsel of record for the parties in this case.

Dated: May 8, 2023                                    Respectfully submitted,

                                                                  */s/ Lisa Bonsall*
                                                                  Lisa Bonsall, Esq.
                                                                  LBonsall@McCarter.com
                                                                  **McCARTER & ENGLISH, LLP**
                                                                  Four Gateway Center
                                                                  100 Mulberry Street
                                                                  Newark, New Jersey 07102
                                                                  Tel: (973) 639-2066
                                                                  Fax: (973) 297-3849

                                                                  *Attorneys for Defendant Viscofan*
                                                                  *Collagen USA Inc.*