THE WEIR LAW FIRM, LLC
Bonnie M. Weir, Esq.
1170 U.S. Highway 22 East
Suite 205
Bridgewater, New Jersey 08807
908-575-0185
908-575-0187 - fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAYER TECHNOLOGIES, S.L.,            : <br><br> Plaintiff,       : <br><br>    : <br> - v -       : <br><br>    : <br> VISCOFAN COLLAGEN USA INC.,    : <br> f/k/a NITTA CASTINGS INC., <br><br>    : <br> Defendant.       : <br>    : | Civil Action No. 23-2257 (MAS-TJB) <br> Hon. Tonianne J. Bongiovanni, U.S.M.J. <br><br><br> **ORDER GRANTING PLAINTIFF'S** <br> **MOTION FOR SUMMARY JUDGMENT** |

This matter having been opened to the Court by the Plaintiff, Sayer Technologies, S.L., by and through its attorney, Bonnie M. Weir, Esq., of The Weir Law Firm, LLC, seeking entry of an order for summary judgment; and the Defendant, Viscofan Collagen USA Inc., f/k/a Nitta Castings Inc., by and through its attorney, Dariush Keyhani, Esq., of the law firm of Keyhani LLC, having opposed the motion; and the Court having considered the moving papers together with any opposition and reply; and having heard oral argument; and for good cause shown;

IT IS on this _____ day of _____, 2024,

ORDERED that Plaintiff's motion for summary judgment be and the same is hereby granted in its entirety; and it is further

ORDERED that Defendant's Counterclaims be, and the same are hereby dismissed with prejudice.

 

---

Hon. Tonianne J. Bongiovanni, U.S.M.J.