UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SAYER TECHNOLOGIES, S.L.,

    Plaintiff,

v.

VISCOFAN COLLAGEN USA INC.,

    Defendant.

Civil Action No. 23-2257 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Sayer Technologies, S.L.'s ("Counterclaim Defendant") Motion for Summary Judgment. (ECF No. 28.) Counterclaim Plaintiff Viscofan Collagen USA Inc. f/k/a Nitta Castings, Inc. ("Counterclaim Plaintiff") opposed (ECF No. 30), and Counterclaim Defendant replied (ECF No. 31). The Court has carefully considered the parties' submissions and reaches its decision without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this 30th day of May 2025, **ORDERED** as follows:

1. Counterclaim Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED IN PART** and **DENIED IN PART**.

2. Counterclaim Defendant's Motion for Summary Judgment is **GRANTED** with respect to the following Counterclaims: (1) violations of the Defend Trade Secrets Act of 2016 (Counterclaim III); (2) violations of the New Jersey Trade Secrets Act (Counterclaim IV); (3) unfair competition (Counterclaim V); and (4) breach non-disclosure agreements (Counterclaim VI).

3. Counterclaim Defendant's Motion for Summary Judgment is **DENIED** with respect to the following Counterclaims: (1) breach of the implied warranty of

fitness for a particular purpose (Counterclaim I); and (2) breach of the implied warranty of merchantability (Counterclaim II).

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE