# The Weir Law Firm, L.L.C.
1170 US Highway 22 East
Suite 205
Bridgewater, New Jersey 08807
908-575-0185
908-575-0187 (fax)
www.weirlawfirm.com

Bonnie M. Weir, Managing Member
Admitted NJ &NY
bmw@weirlawfirm.com

Desiree L. Yackowski
Senior Paralegal
para2@weirlawfirm.com

**VIA ECF**
November 10, 2025

Hon. Tonianne J. Bongiovanni, U.S.J.
Clarkson S. Fisher Building &
   United States Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Sayer Technologies, S.L. v. Viscofan Collagen USA, Inc.**
             **Civil Action No.: 23-2257 (MAS)**

Dear Judge Bongiovanni:

This office represents the Plaintiff, Sayer Technologies, S.L., in the above referenced matter. This matter has been scheduled for a telephone status conference on November 20, 2025, at 10:00 a.m. I intially had a scheduling conflict with the time and asked for it to be moved to the afternoon. However, now I have a scheduling conflict on that date in its entirely and am not available to appear. Both counsel have exchanged alternate dates and are available on November 25th or 26th, 2025 at 11:00 a.m., 12:00 p.m., or 1:00 p.m. As such, I am requesting that the telephone status conference be rescheduled to one of the above dates and times. This request is made with the consent of my adversary.

Should Your Honor have any questions regarding the above, kindly have a member of Your staff contact me.

Thank You for Your time and attention to this matter and we await Your Honor's decision with respect to the requested change.

Respectfully submitted,

THE WEIR LAW FIRM, LLC

By: _____
     Bonnie M. Weir

Cc: Dariush Keyhani, Esq. (Via email)
    Client (via email)